IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT A. DEAN,

        Plaintiff,                  No. CIV S-06-1095 MCE EFB P

     vs.

KITCHEN STAFF/ARAMARK, et al.,

        Defendants.          <u>ORDER</u>

                                   /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On December 29, 2006, plaintiff requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

       Also on December 29, 2006, plaintiff filed a document styled as a motion to continue proceeding *in forma pauperis*. Plaintiff is advised that he was granted i*n forma pauperis* status by court order filed September 7, 2006. Therefore, plaintiff's December 29, 2006, motion will be denied as duplicative. Plaintiff is cautioned that the filing of frivolous and unnecessary

1  motions may result in the imposition of sanctions, including dismissal of his case.

2  Accordingly, IT IS HEREBY ORDERED that:

3  1.  Plaintiff's December 29, 2006, motion for appointment of counsel is denied.

4  2.  Plaintiff's December 27, 2006, motion to continue proceeding *in forma pauperis* is

5  denied as duplicative.

6  DATED:  January 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2