IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT DEAN,

      Plaintiff,                      No. CIV S-06-1095 MCE EFB P

     vs.

KITCHEN STAFF/ARAMARK,

      Defendant.                 <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On August 22, 2007, the court granted defendant's motion to dismiss, dismissing plaintiff's complaint with leave to amend. That order explained the pleading's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and cautioned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed.

       The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the order.

       Accordingly, it is hereby RECOMMENDED that this action be dismissed. *See* Fed. R. Civ. P. 41(b); Local Rule 11-110.

////

1

1    These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days
3 after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
7 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8 Dated:  October 12, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE